```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

CHARLES EDWARD STEED,           :
on behalf of himself and all    :
others similarly situated, and  :    CIVIL ACTION
AMY SUMMERS,                    :
on behalf of herself and all    :    NO. 1:14-CV-437-SCJ-ECS
others similarly situated       :
                                :
    Plaintiffs,               :
                                :
v.                              :
                                :
EQUIFAX INFORMATION SERVICES,   :
LLC                             :
                                :
    Defendant.                :

## **O R D E R**

This matter is before the Court on the parties' third joint motion to extend discovery and other pretrial deadlines. [Doc. 36]. This case has been in discovery for over a year. At the parties' request, it was placed on an extended discovery track, and the deadline has since been extended twice. See [Docs. 17, 27, 29]. In the Order granting the last extension, the undersigned stated that "[n]o further extensions of discovery will be granted absent a showing of exceptional good cause." [Doc. 29 at 2]. The parties have not shown exceptional good cause for a third extension. Nevertheless, upon consideration of the parties' request, the extension will be **GRANTED**, as set forth in the joint motion. No further extension will be granted.

AO 72A
(Rev.8/82)

**SO ORDERED,** this 10th day of June, 2015.

                                                 *s/ E. Clayton Scofield III*
                                                 E. CLAYTON SCOFIELD III
                                                 UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)