UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES EDWARD STEED, on behalf of himself and all others similarly situated, and AMY SUMMERS, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendant. | CIVIL ACTION<br><br>NO. 1:14-cv-00437-SCJ-CMS |

## DISCOVERY STIPULATION
## CONCERNING ADVICE OF COUNSEL

WHEREAS the above-captioned parties seek to resolve their current dispute regarding certain discovery on any advice of counsel that Equifax Information Services LLC (Equifax) may have received or relied upon, and

WHEREAS the parties seek to conserve judicial resources and unnecessary motion practice, they now stipulate as follows:

1. Neither Troy Kubes nor Julie Shirley, nor any representative from Equifax's legal department, will offer any evidence in this matter;

2. Equifax will not assert any advice of counsel defense with respect to any aspect of this matter; which will be understood to mean that Equifax will not argue, urge, imply, or suggest that the Court or jury should consider whether its policies or practices were reviewed, approved, condoned, or sanctioned by any

1

lawyer or legal department or that any such policies or practices went into effect or continued in effect as a result of any consultation, advice, or opinion provided by any lawyer or legal department in adjudicating any aspect of this matter, including (but not limited to) summary judgment, class certification, or trial;

3. Plaintiffs will not, in any aspect of this matter (including, but not limited to) summary judgment, class certification, or trial, argue, urge, imply, or suggest that Equifax did not have any lawyer or legal department review, approve, condone, or sanction its policies or that any such policies or practices went into effect or continued in effect without any consultation, advice, or opinion provided by any lawyer or legal department; and

4. Plaintiffs will not seek any discovery related to communications between Equifax and any lawyer or legal department.

**AGREED** and **STIPULATED** to by the parties:

Dated: September 2, 2015

| */s/ John Soumilas* | */s/ Meryl W. Roper* |
| --- | --- |
| John Soumilas | Meryl W. Roper |
| FRANCIS & MAILMAN, P.C. | KING & SPALDING, LLP |
| 100 S. Broad Street, 19th Floor | 1180 Peachtree Street, N.E. |
| Philadelphia, PA 19110 | Atlanta, GA 30309 |
| Tel. (215) 735-8600 | Tel. (404) 572-4600 |
| Fax. (215) 940-8000 | Fax. (404) 572-5100 |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

**SO ORDERED** this _____ day of _____, 2015

_____
Hon. Catherine M. Salinas, U.S.M.J.