IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES EDWARD STEED, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action |
| vs. ) | No. 1:14-cv-00437-SCJ-CMS |
| ) | |
| EQUIFAX INFORMATION ) | |
| SERVICES LLC, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on October 20, 2015, Plaintiffs were served with a copy of Expert Reports of Pat Culhane and Michael Turner via electronic mail and copies we sent to the following counsel of record:

David A. Searles
James A. Francis
John Soumilas
Francis & Mailman, P.C.
19th Floor, Land Title Building
100 South Broad Street
Philadelphia, PA 19107

James Marvin Feagle
Skaar & Feagle, LLP
108 East Ponce de Leon Ave.,
Suite 204
Decatur, GA 30030

Micah S. Adkins
The Adkins Firm, P.C.
301 19th Street North, Suite 581
The Kress Building
Birmingham, AL 35203

Robert S. Sola
Robert S. Sola, P.C.
8835 SW Canyon Lane , Suite 130
Portland, OR 97225

Justin Tharpe Holcombe
Kris Kelly Skaar
Skaar & Feagle, LLP
P.O. Box 1478
331 Washington Ave.
Marietta, GA 30061

    Dated this 20th day of October, 2015.

    Respectfully submitted,

    KING & SPALDING LLP

    By: /s/ *Meryl W. Roper*
    Zachary A. McEntyre (Ga. Bar No. 653571)
    Meryl W. Roper (Ga. Bar No. 238919)
    1180 Peachtree Street N.E.
    Atlanta, Georgia  30309-3521
    Tel:  (404) 572-4600
    Fax:  (404) 572-5100
    Email: mroper@kslaw.com
    Email: zmcentyre@kslaw.com
    *Attorney for Equifax Information Services LLC*