IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES EDWARD STEED, on behalf of himself and all others similarly situated and AMY SUMMERS, on behalf of herself and all others similarly situated <br><br> Plaintiffs, <br> v. <br><br> EQUIFAX INFORMATION SERVICES, LLC <br><br> Defendant. | CIVIL ACTION NO. 1:14-CV-00437-SCJ-CMS |

## PLAINTIFFS' NOTICE OF FILING

Pursuant to Local Rule 56.1(C) and in connection with Plaintiffs' Response in Opposition to Equifax's Motion for Summary Judgment, Plaintiffs hereby submit this Notice of Filing to provide the Court with the following deposition transcripts and exhibits:

- Redacted deposition transcript of Michael Turner with Exhibits. Plaintiffs are filing the Unofficial Draft of the deposition transcript of Michael Turner because this is the version of the transcript that Plaintiffs had in their possession when they filed excerpts of the transcript as Exhibit NN with

1

their Response in Opposition to Equifax's Motion for Summary Judgment, and the Unofficial Draft has the same page numbering as Exhibit NN. The official deposition transcript has different page numbers than Exhibit NN;

- Deposition transcript of Patrick Culhane with Exhibit 1.  Plaintiffs are not including Exhibit 2 because it was designated confidential. Plaintiffs will file a consent motion to allow Plaintiffs to file Exhibit 2 of Patrick Culhane's deposition transcript under seal; and

- Redacted deposition transcript of Vicki Banks.  The transcript is being filed as separate attachments because of the size of the file.  Plaintiffs are not filing the exhibits to the Vicki Banks deposition transcript because the testimony cited by Plaintiffs in their Response in Opposition to Equifax's Motion for Summary Judgment did not reference an exhibit, the exhibits are voluminous, and Equifax has designated some of the exhibits as confidential.

Dated February 12, 2016

Respectfully submitted,

By: s/ Robert S. Sola
Robert S. Sola (*pro hac vice*)
Robert S. Sola, P.C.
1500 SW First Avenue, Suite 800
Portland, OR 97201

(503) 295 – 6880 (Telephone)
(503) 243 – 4546 (Facsimile)

James M. Feagle
Skaar & Feagle, LLP
2374 Main Street, Suite B
Tucker, GA 30084
(404) 373 – 1970 (Telephone)
(404) 601 – 1855 (Facsimile)
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been electronically filed with the clerk of the court using the CM/ECF system which will send notice of such filing to the following counsel:

Meryl Roper
Barry Goheen
J. Anthony Love
Zachary McEntyre
Phyllis Sumner
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
(404) 572 – 4600 (Telephone)
(404) 572 – 5100 (Facsimile)
Attorneys for Defendant Equifax Information Services, LLC

Dated: February 12, 2016

                                          s/ Robert S. Sola
                                          Robert S. Sola (*pro hac vice*)
                                          Robert S. Sola, P.C.
                                          1500 SW First Avenue, Suite 800
                                          Portland, OR 97201
                                          (503) 295 – 6880 (Telephone)
                                          (503) 243 – 4546 (Facsimile)
                                          Attorneys for Plaintiffs