# EXHIBIT 2

# DEPOSITION OF MICHAEL TURNER

2015: Michael Corona, Christina Mathis, et al. vs. Sony Pictures Entertainment Inc. (Case No. 2:14-cv-09600 RGK E)

2015: RONALD KROENIG v.MAXIM HEALTHCARE SERVICES
Case No. CV 14-3471 FMO (ASx)

2014: Roberto Sevi v. Experian Information Solutions, Inc., TransUnion, LLC., and Nationstar Mortgage, LLC. (Case No. 6:13CV1433-ORK-37KRS)

2014: Maclovia Duarte v. JP Morgan Chase case Case Number: 2:13-cv-01105

2013: Mei Mei Li vs. TransUnion.

2013: Alejandro Abraham Lopez, Jr, Alejandro Lopez, Sr, et al; Civil Action No. 1:12-cv-00902-LO-JFA;

2012-13: Sykes et al. v. Mel S. Harris & Associates LLC et al.

2012: ROBIN KOSTER, Plaintiff vs. TRANS UNION LLC,Defendant.
(CASE NO. 4:12-cv-00074-AGF)

2011: Donna K. Soutter  On behalf of themselves And all others similarly situated Plaintiffs against TRANS UNION LLC Defendant Civil Action No. 3: 10-CV-514

2011: Xerox vs. Paul Baker Printing. Case SCV 25033

TURNER
EXHIBIT NO. 2
FOR IDENTIFICATION
DATE: 12-10-2015
RPTR: J. Wiesch